# UNITED STATES DISTRICT COURT

for the

Eastern District of Tennessee

| | |
|---|---|
| Patricia Buhrow and Luke Buhrow<br><br>_____<br>*Plaintiff(s)*<br>v.<br>Bear Camp Cabin Rentals, LLC and<br>John Gilliam, Individually,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 3:22cv22-CEA/HBG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Gilliam, Individually
3354 Parkway
Pigeon Forge, Tennessee 37863-3423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Wayne A. Ritchie II and Samantha I. Ellis
Ritchie, Davies, Johnson & Stovall, P.C.
606 W. Main Street, Suite 300
Knoxville, Tennessee 37902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  1/21/2022                                                    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No. _____

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   John Gilliam, Individually _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* ~~John Gilliam~~ Barry Eubanks, Esq. who is

designated by law to accept service of process on behalf of *(name of organization)* _____

Mr. John Gilliam _____ on *(date)* Jan 27, 2022 ; or
10:56 am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/27/22

_____
*Server's signature*

Knox County private process server
*Printed name and title*

William Johnson
16 Emory Place #201
Knoxville, TN 37917
(865) 399-3115

Additional information regarding attempted service, etc:

Attorney for the defendant, Barry Eubanks, Esq., agreed to accept service on behalf of John Gilliam. I served Mr. Eubanks at his office at 10:56 am on January 27, 2022 at 209 Chilhowee School Rd #16, Seymour, TN 37865,