# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| Patricia Buhrow and Luke Buhrow <br><br> *Plaintiff(s)* <br> v. <br> Bear Camp Cabin Rentals, LLC and <br> John Gilliam, Individually, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 3:22cv22-CEA/HBG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bear Camp Cabin Rentals, LLC, formerly known as, Bear Camp Realty and Cabin Rentals, Serve Registered Agent: John Gilliam
3354 Parkway
Pigeon Forge, Tennessee 37863-3423

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Wayne A. Ritchie II and Samantha I. Ellis
Ritchie, Davies, Johnson & Stovall, P.C.
606 W. Main Street, Suite 300
Knoxville, Tennessee 37902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/21/2022

*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* John Gilliam, Reg. Agent for Bear Camp Cabin Rentals, LLC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Barry Eubanks, Esq.**, who is designated by law to accept service of process on behalf of *(name of organization)* **Bear Camp Cabin Rentals, LLC** on *(date)* **Jan. 27, 2022 10:56am** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/27/2022

Server's signature: *Will Jn*

Printed name and title: Knox County private process server

William Johnson
16 Emory Place #201
Knoxville, TN 37917
(865) 399-3115

Additional information regarding attempted service, etc:

The attorney for the defendant, Mr. Barry Eubanks, Esq., agreed to accept service on behalf of Bear Camp Cabin Rentals, LLC. Mr. Eubanks identifies himself as the attorney for Bear Camp Cabin Rentals, LLC and Mr. John Gilliam. I served Mr. Eubanks at his office at 10:56am on January 27, 2022 at 209 Chilhowee School Rd #16 Seymour, TN 37865.